**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

*Robert Frazer*
*United States Attorney*

*Jordon DeGroote*
*Assistant United States Attorney*

*970 Broad St., 7th Floor*
*Newark, NJ 07102*

*Main: (973) 645-2700*
*Direct: (862) 240-2343*

*Jordon.degroote @usdoj.gov*

November 4, 2026

**<u>Via Electronic Filing</u>**
Hon. Edward S. Kiel, U.S.D.J.
United States District Court
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

# ORDER

**Re: *Zhou v. Soto et al*, No. 26-cv-13716 (ESK)**
**Petitioner's Release**

Dear Judge Kiel:

This Office represents Respondents in this habeas action brought by Petitioner Jianqiang Zhou challenging his detention by U.S. Immigration and Customs Enforcement ("ICE") under 8 U.S.C. § 1226(a). We respectfully write to report that on November 2, 2026, Petitioner appeared for a bond hearing before an immigration judge. The immigration judge granted Petitioner release from custody under bond of $10,000. *See* Ex. A (Bond Order). ICE has informed this Office that Petitioner posted bond and was released from custody on November 3, 2026. *See* Ex. B (Form I-830).

Accordingly, Respondents respectfully submit that Petitioner's release from custody moots all issues raised in the petition. *See Patel v. United States*, 156 F.4th 342, 347 (3d Cir. 2025) ("[A] habeas corpus petition generally becomes moot when a prisoner is released from custody because the petitioner has received the relief sought.") (citing *Abreu v. Superintendent Smithfield SCI*, 971 F.3d 403, 406 (3d Cir. 2020)). We therefore respectfully ask the Court to close this case and lift all temporary restraints.

We thank the Court for its attention to this matter.

**So Ordered.**

***/s/ Edward S. Kiel***
**Edward S. Kiel, U.S.D.J.**
**Date: November 6, 2026**